```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
                                      :     25cv204(DLC)
MIWOWI, LLC,                          :
                                      :        ORDER
                        Plaintiff,    :
            -v-                       :
                                      :
GEORGE E. WITTICH, et al.,            :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

An Order of January 21, 2025 scheduled an initial pretrial conference for March 13, 2025 at 11:30 a.m.  It is hereby

ORDERED that the conference is adjourned to **March 13, 2025 at 3:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the plaintiff shall promptly serve this Order on the defendant that has not appeared in this action and file proof of such service on ECF.

Dated:   New York, New York
         March 6, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge