UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :   25cv204(DLC)
MIWOWI, LLC,                         :
                                     :        ORDER
                        Plaintiff,   :
            -v-                      :
                                     :
GEORGE E. WITTICH, et al.,           :
                                     :
                        Defendants.  :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

On January 9, 2025, defendant George Wittich removed this case from the Supreme Court of the State of New York, County of New York, on the basis of diversity jurisdiction. In a letter of March 13, Wittich and the plaintiff indicated their agreement that this case should be remanded to state court. Accordingly, it is hereby

ORDERED that this case is forthwith remanded to state court. The Clerk of Court shall close this case.

Dated:   New York, New York
         March 13, 2025

                              _____
                                     DENISE COTE
                              United States District Judge